# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **QUINTON M. THOMAS and BRADLEY JILES** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **CITY OF EDMUNDSON,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 4:18-CV-02071-RLW |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The Parties, by and through their undersigned counsel, respectfully move this Court for a final Order approving the terms of a proposed class action settlement. In support of this Motion, and for the reasons more fully set forth in the parties' Memorandum of Law in Support, the parties state as follows:

1.  The Court previously granted preliminary approval of the parties' proposed class settlement on May 19, 2022, finding the terms sufficiently fair, reasonable, and adequate to inform the class and proceed to a formal fairness determination. ECF No. 79 ("Order"). Pursuant to that Order, the Parties now file this Motion for Final Approval of Class Action Settlement, asking that the Court grant final approval of the proposed settlement.

2.  After negotiations, the Parties reached a proposed settlement of this action. On or about **December 5, 2022**, the Parties executed a Class Action Settlement Agreement ("Settlement Agreement" or "Settlement"), a copy of which is attached hereto as Exhibit 1.

3.  For the reasons set forth herein and in the attached Memorandum of Law in Support, the proposed settlement agreement between the Plaintiffs and the City of Edmundson is

fair, reasonable, and adequate. The Settlement is the product of arm's length negotiations between Plaintiffs' counsel ("Class Counsel") and Defendant, City of Edmundson ("Edmundson").

4. The Settlement provides Class Members with substantial and immediate monetary relief and Edmundson with certainty and finality, while avoiding the inherent risks, delays, and expenses associated with continued, protracted class action litigation.

5. Accordingly, and consistent with the Memorandum of Law in Support, filed herein, the Parties respectfully request that the Court grant final approval of the proposed settlement. A Proposed Order is attached hereto as Exhibit 2.

WHEREFORE, the Parties hereby move this Court for an Order (1) approving the terms of the proposed class action settlement, (2) approving Class Counsel's application for an award of attorneys' fees and costs, and (3) entering a Final Order consistent with these findings.

Dated: December 19, 2022            **Respectfully submitted,**

*/s/ Maureen Hanlon*
Blake A. Strode (MBE #68422MO)
Maureen G.V. Hanlon (MBE #70990MO)
ARCHCITY DEFENDERS, INC.
440 North 4th Street, Ste. 390
Saint Louis, MO 63102
Tel: (855) 724-2489 ext. 1021
Fax: (314) 925-1307
mhanlon@archcitydefenders.org

*/s/ S. Zachary Fayne*
S. Zachary Fayne (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Tel: (415) 471-3114
Fax: (415) 471-3400
Zachary.fayne@arnoldporter.com

*Attorneys for Plaintiffs*

2

*/s/ Jason S. Retter*
Jason S. Retter (MBE #59683MO)
HELLMICH, HILL & RETTER, LLC
1049 N. Clay Ave.
Kirkwood, MO 63122
Tel: (314) 646-1110
jason@hellmichhillretter.com

*Attorneys for Defendant*